2

CONSTITUTION, BY-LAWS, RULES AND REGULATIONS
OF THE
SPRING VALLEY FIRE DEPARTMENT, INC
OF THE
INCORPORATED VILLAGE OF SPRING VALLEY, NEW YORK

CONSTITUTION

ORGANIZATION

The Fire Department of the Incorporated Village of Spring Valley, New York shall consist of the Columbian Fire Engine Co. # 1, the Spring Valley Hook and Ladder Co. # 1, and the Rockland Hook and Ladder Co., and such other companies as may hereinafter be organized under the authority and direction of the Board of Village Trustees.

ORGANIZATION OF COMPANIES

The number of members of any Hook and Ladder Company shall not exceed 85, and the number of members of any Engine Company shall not exceed 80, and the number of any Hose Company shall not exceed 50.  Vacancies shall be filled by nomination by the Company subject to the approval of the Fire Council.  No new appointments shall be made to a Company unless the number of members thereof shall be less than the number hereby limited.  No new member shall be under 16 years of age at the time of their election, and must be a citizen of the United States of America or a lawful permanent resident and a resident of the Incorporated Village of Spring Valley, New York, it's paid fire districts or meets the requirements of Section 10-1006 of the New York State Village Law.  No person under the age of 21 years shall be admitted to membership in the Department until they have filed with the Secretary of the Department a written consent signed by their parents or guardian.

COMPANY OFFICERS AND DELEGATES

SECTION: 1 The officers of each Company shall be, Captain, First Lieutenant, Second Lieutenant, Secretary, Treasure, two Wardens, and such officers as the Company By-Laws provide for.

SECTION: 2 The terms of office of Captain, First and Second Lieutenant etc. shall be one year and Wardens two years.

SECTION: 3 The term of all other officers shall be at the option of their Company.

SECTION: 4  Any person who has been convicted of arson in any degree shall not be eligible for election to the office of Captain, First or Second Lieutenant, Warden, Delegate, or any other office provided for in the By-Laws of the Company.  Any Captain, First or Second Lieutenant, Warden, delegate or other officers of the Company who is convicted of arson in any degree during his term of office shall be disqualified from completing such term of office.

MANNER OF ELECTION

SECTION: 1 The officers of each Company shall be elected individually by ballot on the First Tuesday in April of each year and vacancies in any such office shall be filled by election in like manner.

DEPARTMENT OFFICERS

SECTION: 1 The officers of the Department shall be Chief of the Department, Deputy Chief, and Battalion Chief. They shall be members of said Department and an a person qualified to vote in Village election or it's paid fire districts, or a person who reside within a five mile limit of said Village and or paid fire districts.

MANNER OF NOMINATION

SECTION: 1  The Delegates of the several Companies of the Department shall meet at the council room thereof on the Thursday following the first Tuesday in April, at eight o'clock in the evening and nominate by ballot a person for each of such office.

SECTION: 2  The person acting as secretary of such convention shall forthwith file in the office of the Village Clerk a certificate of such nominations. The Board of Trustees at its next Village Board meeting shall consider the nominations and appoint such persons as it may approve to the offices to which they are respectfully nominated. If a nomination is not approved the Board of Trustees shall appoint a qualified person to such office.

SECTION: 3  The Chief of the Department, Deputy Chief, and Battalion Chief shall assume their respective duties at the re-organizational Council meeting of the Department on the third Tuesday in April and hold office for one year or until their successors are appointed.

COUNCIL

SECTION: 1  The Council shall consist of the Chief of the Department, Deputy Chief, Battalion Chief, and Wardens of each of the several Companies of the Department, and exercise such powers as herein after provided.

SECTION: 2  The Council shall meet on the third Tuesday of April each year at eight o'clock P.M. and shall appoint a Secretary, Assistant Secretary, Treasurer, Assistant Treasurer, Financial Advisor, Property Clerk, Assistant Property Clerk, and Department Chaplains.  They shall be appointed by the Chief of the Department and shall be confirmed by a majority vote of the voting council members.  The persons so appointed must be a member of the Village Fire Department but not need be a member of the Fire Council, except for the offices of Secretary, Assistant Secretary, and Chaplains.  The above appointed officers shall have no vote in the Council meeting.

SECTION 2A  On the second Thursday of April the Council shall hold its Annual Meeting and also here the Annual Report of the Chief of the Department, Secretary, Treasurer, and Property Clerk, and to transact any other proper business of the Department.  Time of said meeting shall be determined by the Council.

SECTION: 3  A vacancy in the office of Secretary, Assistant Secretary, Treasurer, Assistant Treasurer, Financial Advisor, Property Clerk, Assistant Property Clerk, and Department Chaplains shall be filled according to Section 2 for the balance of the unexpired term.

SECTION: 4  A majority of the voting members of such Council shall constitute a quorum.

DUTIES OF VOTING COUNCIL MEMBERS

SECTION: 1  Has the care, custody and control of all Village property belonging to the Fire Department.

SECTION: 2  May adopt rules for the admission, suspension, removal and discipline of the members and officers of the Department, and may prescribe their powers and duties.

SECTION: 3  May adopt rules and regulations governing the Department, prescribe the duties of the members thereof, and may enforce discipline and provide for public drills, parades, funerals, inspections, and review of the Village Fire Department, or any Company or unit thereof, within the Village or at other places within the state, any adjourning state or in Canada.  Such rules and regulations shall not authorize any Wardens to interfere with the duties of the Chief of the Department, Deputy Chief, or Battalion Chief at such times as the Fire Department or any Company or unit is answering an alarm of fire.

SECTION: 4  May inquire into the cause and origin of fires occurring in the Village or it's paid fire districts, and may take testimony in relation thereto.

SECTION: 5  May make and prescribe By-Laws and Rule and Regulations for the proper management of the affairs and disposition of funds of the Department.

SECTION: 6  May call meetings of the membership and designate one or more days in each year for public exercise, inspection and review.

MEETINGS OF THE DEPARTMENT

SECTION: 1  The members of the several Companies constituting the Department shall hold a general meeting at the Council room, or at such places as the Council may direct at least once a year.

VACANCIES

SECTION: 1  Any member who shall cease to be a resident of the Village or it's paid fire districts or does not meet the requirements of Section 10-1006 of the New York State Village Law or be an active member of a Village Fire Company shall cease to be a member of the Spring Valley Fire Department.

SECTION: 2  When a vacancy exist in the Spring Valley Fire Department for the position of Chief of the Department, Deputy Chief, or Battalion Chief due to resignation, sickness, or death, the following procedure shall be taken.

SECTION: 3  When the office of Chief of the Department is vacated, the Deputy Chief will advance to the office of Chief of the Department, and the Battalion Chief will advance to the office of Deputy Chief to fulfill the unexpired terms of the respective offices.  The Company which had recommended Chief of the Department, will, at the next regular or special meeting elect a new candidate to fulfill the position of Battalion Chief.

SECTION: 4  When the office of Deputy Chief is vacated, the Battalion Chief will be advanced to the position of Deputy Chief.  The Company which had recommended the Deputy Chief will elect a new candidate to fulfill the position of Battalion Chief.

SECTION: 5  When the office of Battalion Chief is vacated, the Company which had recommended the Battalion Chief will elect a new candidate for that position.

SECTION: 6  If the office of Chief of the Department and Deputy Chief are vacated simultaneously, the Battalion Chief will become Chief of the Department, and the Company which had recommended the Chief of the Department will elect a new candidate for the office of Deputy Chief.  The Company which had recommended the Deputy Chief will elect a new candidate for the office of Battalion Chief.

SECTION: 7  It is to be understood that any Deputy Chief or Battalion Chief who has been elevated to the office of Chief of the Department by virtue of the above sections, will, at the completion of said unexpired term, be entitled to fulfill his normal term as Chief of the Department.

DUTIES OF THE CHIEF OF THE DEPARTMENT

SECTION: 1  The Chief of the Department shall be President of the Council and of meetings of the Fire Department.  He shall have exclusive control of the members at fires, inspections and reviews, the supervision of the apparatus and equipment owned by the Village, and of all officers and members there for elected.  He shall whenever required by the Board of Trustees, report the condition of the Department and such information respecting the Department as may be required.  He shall hold the members and officers of the Department strictly to account for neglect of duty, and may suspend or discharge them at any time, subject to the approval of two thirds of the voting members of the Fire Council at the next meeting.  He shall upon application, and if authorized by the Council, issue through the Secretary of the Department a certificate of the time of service of a member of the Department.

SECTION: 2  He shall in addition to any other duties assigned him, shall determine the cause of each fire or explosion which the Department has been called to suppress.  He shall file with the Office of Fire Prevention and Control of the Department of State a report containing such determination and any additional information required by such office regarding the fire or explosion.  The report shall be in the form designed by such office.  He shall contact or cause to be contacted the appropriate investigatory authority if he has reason to believe the fire or explosion is of incendiary or suspicious origin.

SECTION: 3  He shall preserve order faithfully, impartially and firmly enforce the Constitution, By-Laws, and Rules and Regulations of the Department.  He shall cast the deciding vote upon a tie occurring.  He shall see that the several Companies keep their apparatus and equipment in their care in proper working order, and shall have access at all times to the various houses of the different Companies and examine at least once in three months all the fire apparatus belonging to the Department and report to the Board of Village Trustees any alterations he may deem necessary.

SECTION: 4  He shall have authority at all times of day and night in performance of the duties imposed upon him, to enter upon and examine any building or premise and take possession of same when fire occurs, and also the buildings and the premises adjoining and near that in which a fire occurs.

SECTION: 5  He may prefer charges to the Council of the Fire Department against any member or officer of the Department who shall violate any Constitution, By-Law, or Rules or Regulations of the Department or their individual Company.  Such proceedings shall be in accordance with Section 209-L of the General Municipal Law of the State of New York.

SECTION: 6  He shall make an Annual Report to the Board of Village Trustees at the first Board meeting in April, the condition of the Department for the year.

SECTION: 7  Any member of the Department may prefer charges to the Board of Village Trustees against the Chief of the Department or any Officer of the Department pursuant to Section 209-L of the General Municipal Law or Section 75 of the Civil Service Law of the State of New York.  After due notice and hearing, he be convicted of willful violation of the Constitution, By-Laws or Rules or Regulations of the Department or conduct unbecoming an officer and gentlemen, his office may be declared vacant.

SECTION: 8  He will be directly responsible to submit an annual budget to the Board of Village Trustees.  He shall also administer said budget and keep a written ledger of all expenditures and assessments.  He is to make a quarterly report to the Fire Council members of the condition of said budget.  Equipment request received from the Company Captains must be requisitioned and submitted to the Mayor for signature not later than August 1st.

SECTION: 9  The Chief of the Department, Deputy Chief, and Battalion Chief shall be excused from attending Company meetings, and from all other duties as active members of their respective Companies, except for payment of dues, assessments, or disciplinary action by said Company.

DEPUTY CHIEF

SECTION: 1  It shall be the duty of the Deputy Chief to perform all duties of the Chief of the Department in his absence and shall have the same powers and be subject to the same rules as pertain to the Chief of the Department when acting as such.

BATTALION CHIEF

SECTION: 1  In the absence of both the Chief of the Department and the Deputy Chief, it shall be the duty of the Battalion Chief to perform all the duties of the Chief of the Department and shall have the same powers and be subjected to the rules as pertains to the office of the Chief of the Department when acting as such.

WARDENS

SECTION: 1  The Wardens shall have such powers and perform such duties as are hereinafter stated in Section 1, 2, 3, 4, under the title of Council and in Section 1, 2, 3, 4, 5, 6, under the title of Duties of Voting Council Members.

SECTION: 2  The Wardens are not exempt from their other duties as fireman to their respective Companies.

SECRETARY

SECTION: 1  It shall be the duty of the Secretary to call the roll of Council members at every meeting and to record the proceedings of the meeting.  He shall also act as Secretary for special meetings and shall record the proceedings of said meeting.  He shall record the proceedings of all meetings of the organization and keep the books and file papers pertaining to his office.  He shall give written notice of each special meeting, parade, or special event to members at least 72 hours before the same are held.  He shall attend to all correspondence.  He shall perform such other duties as are incidental to his office or as may be imposed upon him by the organization or the Chief of the Department.  For the faithful performance of his duties he shall be entitled to receive the sum per annum as determined by Council.

SECTION: 2  He shall be responsible for advising the Board of Village Trustees in writing of any and all changes in Department membership such as; Military leaves, Drops, Adds, Leaves of absences, etc.

SECTION: 3  He shall attend the Annual Chief's Convention on the first Thursday in April after annual elections at 8:00 PM at the present Department Headquarters and shall record all nominations and events regarding the election of Chief of the Department, Deputy Chief, and Battalion Chief and within 24 hours make written notice to the Village Clerk of same.

ASSISTANT SECRETARY

SECTION: 1  It shall be the duty of the Assistant Secretary to assist the Secretary in his duties and to perform all the duties of the Secretary in his absence and shall have the same powers and be subject to the same rules as pertain to the Secretary when acting as such.  For the faithful performance of his duties he shall be entitled to receive the sum per annum as determined by Council.

TREASURER

SECTION: 1  It shall be the duty of the Treasurer to receive all monies collected or otherwise due to the organization, to pay all bills against the organization authorized by the Fire Council, to keep a correct account of all receipts and disbursements and submit his account to the organization when called for. He shall deposit all monies received by him belonging to the organization in the name of the organization, in a bank or banks designated by the Fire Council, deposits to be made within three days from receipt.  The bank accounts shall be established in such a manner that withdrawals can only be made upon the signature of the Treasurer, Assistant Treasurer, Chief of the Department, or Secretary. The Treasurer shall make a report at each council meeting, showing all amounts received and expended and the date, purpose and payee with respect to each expenditure.  He shall also make a report at the Annual Dinner covering the entire year.  For the faithful performance of his duties he shall be entitled to receive the sum per annum as determined by Council.

SECTION: 2   He shall upon receipt of 2% funds deposit half to the account of the Department and the remaining half divided equally to the existing Companies. This shall take place within 30 days of receipt of funds.

SECTION: 3  If the Treasurer is to be unavailable for more than one week, provisions shall be made that the funds of the organization be made available to the Assistant Treasurer or Chief of the Department.

ASSISTANT TREASURER

SECTION: 1  It shall be the duty of the Assistant Treasurer to perform all the duties of the Treasurer in his absence and he shall have the same powers and be subject to the same rules as pertain to the Treasurer when acting as such.  For the faithful performance of his duties he shall be entitled to receive the sum per annum as determined by Council.

PROPERTY CLERK

SECTION: 1  It shall be the duty of the Property Clerk to maintain a complete inventory of all Department property, to be responsible for disbursement of same and return of same.  He shall make an annual report in writing to Council advising of Department property.

SECTION: 2  He shall insure that all property of the Department is properly recorded and signed for by the accepting member.

SECTION: 3  He shall advise Council when certain property is in need of repair or reorder, and upon approval of Council shall procure same.

ASSISTANT PROPERTY CLERK

SECTION: 1  It shall be the duty of the Assistant Property Clerk to perform all the duties of the Property Clerk in his absence and shall have the same power and be subject to the same rules as pertain to the Property Clerk when acting as such.

FIRE POLICE

SECTION: 1  The Spring Valley Fire Council, by approval of the Board of Village Trustees of the Village of Spring Valley, New York, shall appoint 18 members of the Department to act as Fire Police.

SECTION: 2  Each of the Companies comprising the Department shall present the names of 6 members who are regular members in good standing of their respective Companies, and are also members of the Department.

SECTION: 3  The term of office of the members of the Fire Police shall be one year, and shall be duly appointed by the Department at the first Council meeting of the year.

SECTION: 4  The Commanding Officer of the Fire Police shall be the Chief of the Department.

SECTION: 5  The Fire Police shall organize and elect from their members by majority vote a Captain, First Lieutenant, and Second Lieutenant.

SECTION: 6  The appointment of any member of the Fire police may be rescinded by the Fire Council upon charges for neglect of duty or for failure to attend alarms of fire; in this event the Company of which he is a member will submit recommendations for another member for appointment to the Council to fill the
vacancy.

SECTION: 7  All vacancies occurring in the Fire Police by resignation shall be filled by the Fire Council upon the recommendation of the Company of the resigning member.

SECTION: 8  Members of the Fire Police at such times as the Fire Department are on duty, or when, on orders of the Chief of the Department, they are separately engaged in response to a call for assistance pursuant to the provisions of Section 209 of the General Municipal Law of the State of New York, shall have the powers of and render service as peace officers.  A member of the Fire Police shall take an oath of office as Fire Policeman in the following form: "I do solemnly swear that I will support the Constitution of the United States and the Constitution of the State of New York, and that I will faithfully discharge the duties of the office of Fire Policeman of the Spring Valley Fire Department, according to the best of my ability."  Such oath shall be files in the office of the Village Clerk.  Notwithstanding any other provision of law to the contrary, a member of the Fire Police shall have satisfied any requirements for training as provided by any general or local law if the person has satisfactorily completed a training course offered by the State Office of Fire Protection and Control.

CAPTAIN

SECTION: 1  It shall be the duty of the Captain of each and every Company to:

1st Upon an alarm of fire to respond immediately to such fire with his Company, with the apparatus in their charge.

2nd To report at once to the Chief of the Department or officer in charge.

3rd To direct and control his Company under the direction of the Chief of the Department or the officer in charge until the fire is extinguished and the Company is dismissed by the officer in charge.

4th When not working apparatus, to keep Company together subject to orders of the officer in Charge.

SECTION: 2  In case of fire, in absence of the Chief of the Department, Deputy Chief, and Battalion Chief, the Captain first to arrive with his Company and apparatus shall be in charge until the arrival of a superior officer.

SECTION: 3  The Captain of each Company shall be required to submit to the Chief of the Department an annual request for supplies and equipment needed for the operation of his Company, and same shall be made in writing no later than June 1st.  Failure to submit request to Chief of the Department by June 1st, will result in that Company not receiving any supplies for the year

FIRST LIEUTENANT

SECTION: 1  It shall be the duty of the First Lieutenant of each and every Company to perform all the duties of the Captain in his absence.

SECOND LIEUTENANT

SECTION: 1  It shall be the duty of the Second Lieutenant of each and every Company to perform all the duties of the Captain in the absences of the Captain and First Lieutenant.

COMPANY SECRETARY

SECTION: 1  It shall be the duty of the Company Secretary of each and every Company to notify, by the form provided by the Department, the Department Secretary of the names, addresses, ages, and dates of admission of all newly elected members to; resignations, expulsions, withdrawals, military leave, and medical leaves from his Company and the results of all elections of officers of his Company immediately after such election, resignation, withdrawals, military leave, and medical leaves.

FIRE SAFETY OFFICER

SECTION: 1  The Fire Safety Officers shall be appointed by the newly elected Chief of the Department at the Annual Reorganization meeting of the Council on the second Thursday in April.

SECTION: 2  Fire Safety Officers shall meet the following qualifications:
    A)  Have served as Chief of this Department, a present or former officer.

B)  Have completed and obtained a certificate of training from the Rockland        County Fire Training Center, or the State of New York Office of Fire Protection        and Control, or the National Fire Academy indicating their type and amount of        training as Fire Safety Officers.

SECTION: 3  The Fire Safety Officers duties, responsibilities, and authority shall be those prescribed in NFPA 1521 Standard for Fire Department Safety Officer 1992 Edition.

INFECTION CONTROL OFFICER

SECTION: 1  The Infection Control Officer shall be appointed by the newly elected Chief of the Department at the Annual Reorganization meeting of the Council on the second Thursday in April.

SECTION: 2  The Infection Control Officer shall meet the following qualifications:
A)  Have received medical training as a EMT or greater, or training in        hazardous/infectious medical waste.
B)  Have received training in the "Train the Trainer Program" for Bloodborne        Pathogens, or hold an active license as a Registered Professional Nurse, or be a        licensed medical doctor.

SECTION: 3  The Infection Control Officers duties, responsibilities, and authority shall be those as prescribed in the Spring Valley Fire Department's Policy & Procedures on Infection Control.

EXPELLED MEMBERS

SECTION: 1  Any member who has been expelled from a Company within the Spring Valley Fire Department, or the Spring Valley Fire Department, cannot become a member of another Company within the Spring Valley Fire Department, or the Spring Valley Fire Department, for a period of one year from expulsion.

SECTION: 2  Any member expelled from a Company or the Department for any act for which criminal charges can be brought or have been brought shall no longer be considered for reinstatement to the Department.

SECTION: 3  A person who has been convicted of arson in any degree shall not be eligible to be elected as a member of a Company or the Department.  The membership of any member of a Company or Department shall immediately terminate if he is convicted of arson in any degree while a member of a Company or Department.

SUPPLIES

SECTION: 1  No Company or member shall incur any indebtedness chargeable to the Department or the Village.  If supplies be required, a request must be made by the Company Captain to the Chief of the Department, as supplies can be ordered only by the Board of Village Trustees or by their authority.

REVISIONS TO CONSTITUTION

SECTION: 1  Articles of this Constitution cannot be temporarily suspend at any meeting of the Fire Council or Department.

SECTION: 2  This Constitution may be rescinded or amended or new regulations added thereto at any meeting of the Fire Council as long as the rescinded, amended, or new regulation be presented in writing at the last preceding meeting of the Fire Council.

SECTION: 3  A 2/3 vote of the members present at the Council meeting is necessary to rescinded, amend, or add new regulations to this Constitution.

NOTE:  On all questions of parliamentary usage, Roberts Rule shall govern.

BY-LAWS

ARTICLE I

COUNCIL

SECTION: 1  This Council shall consist of the Chief of the Department, Deputy Chief, Battalion Chief, and two Warden's from each Company.  The Chief of the Department and the Deputy, and Battalion Chief's shall be President and Vice- Presidents, respectively.

SECTION: 2  This Council shall meet on the second Thursday of each month at 8:00 o'clock PM.

SECTION: 3  The Council shall meet and organize on the third Tuesday of April.

SECTION: 4  The order of Companies as it pertains to Council business shall be based on sonority as follows: 1) Columbian Fire Engine C0. #1, 2) Spring Valley Hook and Ladder Co. #1, 3) Rockland Hook and Ladder Co.

ARTICLE II

DUTIES OF OFFICERS

SECTION: 1  The President shall preside over the meetings and shall appoint all committees and be ex-officio a member thereof, and shall have the vote on a tie.

SECTION: 2  It shall be the duty of the 1st Vice-President to preside in the absence of the President and in case of his absence the 2nd Vice-President shall preside.

ARTICLE III

WARDEN'S DUTIES

SECTION: 1  The Warden's have such power and perform such duties as hereinbefore stated in the Constitution in Section 1, 2, 3, and 4 under the title "Council" and Section 1, 2, 3, 4, 5, and 6 under the title "Duties of Voting Council Members".

SECTION: 2  The Council may create a fund from the 2% insurance fund and such other monies received as the Council in their judgment see fit, as a fund for the relief of indigent firemen, their widows or orphans.

ARTICLE IV

SECRETARY AND TREASURER

SECTION: 1  The duties of the Secretary and Treasurer are stated hereinbefore in the Constitution under their respective titles.

ARTICLE V

SECTION: 1  No officer or member shall have the power to incur any debt against the Department, except when authorized so to do by the Council at a regular or special meeting thereof.

ARTICLE VI

RULES OF COUNCIL

SECTION: 1  It shall be the duty of the Secretary to call the roll promptly at 8:00 PM.

SECTION: 2  If a Warden or Chief's be absent from two consecutive meetings without a suitable excuse, the Secretary shall inform his Company in writing of that fact.

SECTION: 3  If a Warden or Chief's be absent from three consecutive meetings without a suitable excuse, he shall be automatically dropped from the Fire Council upon written notice to his Company from the Department Secretary.

SECTION: 4  All excuses pertaining to absences from the Council meeting, must be presented to the Council President prior to the meeting.

SECTION: 5  If a Council member requires it, the ayes and nays upon any question shall be entered upon the minutes of the Council.

SECTION: 6  The order of business at all Council meetings of this Department shall be:

1)  Salute to the Flag

2)  First roll call

3)  Reading minutes of previous meeting

4)  Report of Officers

5)  Company membership reports

6)  Committee reports

7)  Communication and bills

8)  Report of Delegates

9)  Treasurer report

10) Secretary report

11) Property Clerk report

12) Old business

13) New business

14) Second roll call

15) Adjournment

SECTION: 7  Five voting members of Council shall constitute a quorum.

SECTION: 8  In the absence of the Chief of the Department, Deputy Chief, and Battalion Chief, if a quorum be present, the Council shall choose from the members present a President pro tem and proceed with the transaction of business.

SECTION: 9  If no quorum is reached by 8:30 PM and no Chief Officers are present, the Senior Warden present shall authorize all outstanding bills paid and close the meeting.

ARTICLE VII

DUTIES OF COMPANY OFFICERS

SECTION: 1  The duties of the various Officers of the Companies are as stated in the Constitution.

ARTICLE VIII

GENERAL RULES

SECTION: 1  No person shall take command of any Company at any time when on duty at a fire, unless he is a member of such Company holding an active membership.

SECTION: 2  Any member of any Fire Company who shall be guilty of creating or assisting to create or spreading a false alarm of fire, knowing the same to be false, upon conviction thereof shall be expelled from the Department.

SECTION: 3  No Company shall lend or transfer any property on their apparatus to any person, persons or Companies unless at a fire, except by direction of the Chief of the Department, and any Company which shall, at a fire, use the property in charge of another Company, shall, upon being dismissed, unless otherwise ordered by the Chief of the Department, deliver the same to the Company to which it belongs.

SECTION: 4  An Officer of such Company shall at all times, remain at the apparatus during fires, to take charge of the same and with whom the Officer in charge of the Department can communicate.

SECTION: 5  The Captain of each Company shall report at once to the Chief of the Department all loss or damage, which may occur from any cause whatever, to the property entrusted in their charge.

SECTION: 6  The Council shall provide the Chief of the Department, Deputy Chief, Battalion Chief, Warden's, Secretary, Assistant Secretary, Treasurer, Assistant Treasurer, and Department Chaplains with badges which shall remain the property of the Department; such badges must not in any way be defaced or mutilated and returned to the Council at the expiration of their term of office.

SECTION: 7  The Department will provide every member with the following: A uniform consisting of hat, pants, coat, shirt, hat and coat badge.  A radio alerting system and I.D. card, same to be supplied by the Department Property Clerk and to remain the property of the Department; said property must not be defaced or mutilated in any way and must be returned to the Department Property Clerk before a resignation be granted.  All property issued by this Department to  its members becomes the members financial responsibility upon review of Council.

SECTION: 8  Any active member who has served five consecutive years may be granted an exempt certificate.  All applications for exempt certificates must be made to applicant's Company, whose Secretary must file with the Department Secretary a certificate of the applicants time of service, signed by the Company Captain and Secretary.  The Council, upon receiving such application shall authorize the Chief of the Department, through the Secretary of the Department, to grant an exempt certificate.

SECTION: 9  Any Company may impose fines for non-appearance or non-active duty of members, but payment of such fines will not entitle such member to be marked as performing active duty.

ARTICLE IX

DUTIES OF MEMBERS

SECTION: 1  All persons wishing to become members of the Department shall be provided with a Department Application, which is to be completed in its entirety and filed with the Department Secretary one month prior to his acceptance into a Company.

SECTION: 2  The following obligation shall be taken by all applicants elected to membership in the Spring Valley Fire Department within sixty days after their approval by the Council.  Any member who shall be approved by the Council but shall not take this obligation within sixty days thereafter shall not be added to the rolls of the Department until such time as he shall be again elected by the Company proposing him.

MR/MS_____
(use name or names)

You are before us at this time to be sworn in as a member (or Members) of this Department.  Your application(s) indicate you are willing to volunteer your services for the welfare of the Village of Spring Valley and it's paid fire districts.  We are doing the same.  The Volunteer fire service is based on the "Golden Rule".

We therefore ask you whether you are willing to do for your neighbor, in case of fire, as you would expect him to do for you under the same circumstances?

The Fire Department is governed by a Constitution and By-Laws adopted because rules and regulations are necessary to assure discipline.  Discipline is a very necessary part of an organization such as ours, and without it your Chief or Captain may issue an order which if not carried out, may result in serious consequences.

A volunteer fireman's service is to the community.  His reward is honor and glory. Faithful service is the test.

In behalf of the Spring Valley Fire Department I now ask you:(raise your right hand)

Do you promise to uphold the Constitution of the United States; the Laws of the State of New York, and the constitution, By-Laws and Regulations of the Spring Valley Fire Department?(lower your right hand)

Since you have voluntarily pledged yourself to cooperate with us, I take pleasure in declaring you a member and extend my hand and greet you as a comrade.  You will at once obtain you badges from the Department Secretary.

SECTION: 3  All new members shall not perform active duty until their application has been approved by the Board of Village Trustees.

ARTICLE X

IMMEDIATE RELIEF

SECTION: 1  To provide a fund for immediate relief of a member's family in event of a death of a member.  A special fund is to be created and funds are not to be diverted for any other purpose.

SECTION: 2  Any active member of the Companies belonging to the Spring Valley Fire Department, shall be entitled to all benefits of the Immediate Relief Fund of the Spring Valley Fire Department.

SECTION: 3  All charter members of the Spring Valley Fire Department, who are members in their respective Companies shall be entitled to all benefits of the Immediate Relief Fund.

SECTION: 4  The amount of immediate relief payment is to be set at $500.00 payable to the authorized beneficiary.

SECTION: 5  Funds from Department reserves may be contributed to the immediate relief fund at any special or regular meeting of the Fire Council or general Department meeting.

ARTICLE XI

OCCUPATIONAL SAFETY AND HEALTH COMMITTEE

SECTION: 1  The Occupational Safety and Health Committee shall be appointed by the newly elected Chief of the Department at the Annual Reorganization meeting of the Council on the second Thursday in April.

SECTION: 2  The Occupational Safety and Health Committee shall serve in an advisory capacity to the Chief of the Department.  The Committee shall include the designated Fire Safety Officers, representatives of the Department management (Wardens and a Chief Officer) the Infection Control Officer, and individual representatives of the Companies comprising the Department.  Representatives of the Companies shall be selected by their respective Companies, but the other members shall be appointed by the Chief of the Department.

SECTION: 3  The purpose of this committee shall  be to conduct research, develop recommendations, and study and review matters pertaining to occupational safety and health within the Department.

SECTION: 4  The committee shall also investigate or cause to be investigated, all occupational injuries, illness, exposures, and fatalities involving Department members and all accidents involving Department vehicles, fire apparatus, equipment, or Company facilities.

SECTION: 5  The committee shall develop corrective recommendations resulting from accident investigations.  The committee shall submit such corrective recommendations to the Chief of the Department.

SECTION: 6  The committee shall hold regular scheduled meetings and shall be permitted to hold special meetings whenever necessary.  Regular meetings shall be held at least once in every six months. Written minutes of each meeting shall be retained and shall be made available to all members.

SECTION: 7  The committee shall choose amongst themselves a Chairman, Vice-Chairman and a Secretary.

ARTICLE XII

ACTIVE FIRE PERSONNEL UNDER THE AGE OF 18

Section: 1.    Except as otherwise provided, all other provisions of the Constitution and By-Law's Spring Valley Fire Department shall apply to members under the age of eighteen (18).

Section: 2.    Members under the age of 18 must complete the NYS Firefighter I within 18 months of active membership.

Section: 3    Members under the age of 18 shall be subject to a 10 PM curfew on weekdays and 12 Midnight on weekends, holidays or other times when school is not in session.  Said curfew shall cease at 6AM.

Section: 4.    During said curfew, members under the age of 18 shall not respond to a fire alarm or emergency or engage in any activity on the fire ground or firehouse or be on firehouse premises.

Section 4A    Members under the age of 18 may attend fire and emergencies calls after said curfew during summer vacation from school, as long as said member receives parental and or guardian written approval and said firefighter is not attending summer school.  A form for said parental/guardian approval will be furnished by the Department.  Members under the age of 18 may still not be permitted on the firehouse premises after mid-night.

Section: 5.    Members under the age of 18 who respond to a fire or emergency call or firematic activity prior to the curfew shall discontinue said activity when the curfew hour has been reached, unless directed by the OIC, or meets the requirements of Section 4A.

Section: 6.    Under no circumstance shall the response to fire alarms or emergencies or performance of any firematic activity interfere with a members under the age of 18 school attendance or grades.  Nor shall a member under the age of 18 leave school to respond to a alarm of fire or any firematic activity.

Section: 7.    Members under the age of 18 are not permitted to operate any fire apparatus.

Section: 8.    Any violation of this article or the Constitution and By-Law's of the Spring Valley Fire Department shall be cause for immediate suspension or dismissal as per the Constitution and By-Law's of the Spring Valley Fire Department.

REVISIONS TO BY-LAWS

SECTION: 1  Articles of these By-Laws cannot be temporarily suspended at any meeting, fire, drill, parade, or any other function of this Department.

SECTION: 2  These By-Laws may be rescinded, amended or new regulations added thereto at any meeting of the Fire Council as long as the rescinded, amended or new regulation be presented in writing at the last preceding meeting of the Fire Council.

SECTION: 3  A 2/3 vote of the members present at the Council meeting is necessary to rescinded, amend, or add new regulations to these By-Laws.

ADMINISTRATIVE

RULES AND REGULATIONS

OF THE

SPRING VALLEY FIRE DEPARTMENT INC.

I. MEETINGS

COUNCIL MEETING

A) Meeting will be held on the second Thursday of each month.

B) Nine voting members of the Fire Council are: Chief of the Department, Deputy Chief, Battalion Chief, and the six Warden's.

C) Five voting members of the Fire Council needed for a quorum.

D) If no quorum is reached by 8:30 PM and no Chief Officers are present, the senior Warden is to pay bills, if found correct, and then close the
meeting.

E) The Chief of the Department, being President of the Council, will cast his vote only as a tie breaker.

F) The order of Companies as it pertains to the Spring Valley Fire Department and functions excluding funerals is based on Company seniority
as follows:

1) Columbian Fire Engine Co. #1
2) Spring Valley Hook and Ladder Co. #1
3) Rockland Hook and Ladder Co.

G) The order of business of the Fire Council shall be as follows:

1) Salute to the Flag
2) First Roll call
3) Reading of the previous meeting minutes
4) Report of Officers
5) Company membership reports
6) Committee reports
7) Delegates report
8) Communications and bills
9) Treasurer report
10) Secretary report
11) Property Clerk report
12) Old business
13) New business

14) Second Roll call
15) Adjournment

OFFICERS MEETINGS

A) There shall be an Officers meeting at least once every other month consisting of the three Chief's and the Company Captains, and or Junior Officers.

DEPARTMENT MEETINGS

A) There shall be one Department meeting a year other than the Annual Dinner.

II. DEPARTMENT OFFICERS

A) The officers of the Department are those that are recognized by the Constitution and By-Laws of this Department.

B) Numerical numbering system for officers of the Department shall be:

| | |
|---|---|
| 1) Chief of the Department | 17-1 |
| 2) Deputy Chief | 17-2 |
| 3) Battalion Chief | 17-3 |
| 4) Captain of Chief's Company | 17-4 |
| 5) Captain of the Deputy Chief's Company | 17-5 |
| 6) Captain of the Battalion Chief's Company | 17-6 |
| 7) Safety Officer | 17-SO1, SO2, SO3 SO4 etc. |
| 8) Captain of the Fire Police | 17-FP1 |
| 9) 1st Lieutenant of the Fire Police | 17-FP2 |
| 10) 2nd Lieutenant of the Fire Police | 17-FP3 |

C) Any other numbers for Officers is at the discretion of the Chief of the Department with the approval of the Fire Council.

III. FUNERALS

PROCEDURE

A) Notification to be made over fire radio at least 24 hours before service is held with as much information as possible.

B) The announcement shall be made by the Chief of the deceased members Company.

C) The Chief of the Department must notify the Department Treasurer and Secretary to their respective responsibilities.

D) The service shall be read by the Officer in charge, but can be delegated if he wishes.

E) Full regulation uniform shall be worn.  Black mourning hats for all present.

F) After the service, the deceased members Company can open their fire house for a signal 13 to all Department Members, they shall receive $50.00 from the Department.

| ITEMS NEEDED FOR SERVICE | RESPONSIBILITY OF |
|---|---|
| A) Bell from Spring Valley Hook and Ladder | Chief of the Department |
| B) Death Certificate | Department Secretary |
| C) Prayer Department | Secretary |
| D) Immediate Relief Check | Department Treasurer |
| E) Ordering of flowers | Chief of the Department |

ORDER OF LINE UP INTO SERVICE

A) Three Chief's
B) Captain and President of the deceased members Company
C) Company of the deceased member
D) Remainder of the Department
E) Ladies Aux.

LINE OF DUTY DEATH

A) For all viewing hours there shall be two uniformed members on casket watch if approved by the family.

GENERAL RULES

A) If requested by the family that the member be buried in his uniform, permission will be automatically granted.

B) Apparatus and pall bearers shall also be available if requested by the family.

C) It shall be the responsibility of the Chief of the Department that a delegation from the Department be present to conduct the funeral service of a departed member as long as the service is within a reasonable distance.

IV. MEMORIAL DAY SERVICE

A) The Memorial Day Service shall be held on the last Monday in May.

B) It shall be held at the Spring Valley Fire Department Memorial Monument at the Spring Valley Hook and Ladder Co. #1.

C) The following shall be invited to attend the Memorial service:

1) All Department members
2) Mayor and Village Board
3) President and members of the Ladies Auxiliary
4) Department Chaplains

D) The following items shall be provided for the service:

1) Flag for Monument (Property Clerk)
2) One plain wreath (Committee)
3) Three dozen Carnations (Committee)
4) Geraniums for Monument (SVH&L)
5) Tape of the Star Spangled Banner and Taps (Committee)
6) Tape player (Committee)
7) Flag and Banner for Color Guard (Property Clerk)
8) Bell from SVH&L (Chief of the Department)

E) Full regulation uniform shall be worn by all members.

F) In case of bad weather the service is to be held indoors at the Spring Valley Hook and Ladder Co. # 1.

G) The following shall be the program for the Department Memorial Service:

1) Assembly and inspection of the members of the Spring Valley Fire Department and it's Ladies Auxiliary by Chief_____

2) Playing of the Star Spangled Banner.

3) Invocation by the Reverend_____

4) Placing of the wreath at the Department Monument by Village Board and Chief's of the Department.

5) Reading of the roll call of deceased members by Department M C (flowers already on the wreath for members deceased prior to this year.  Individual flowers to be placed on the wreath for members who have died since last service by the Chief's of the Department.  One flower to be placed for the members of the Ladies Auxiliary have passed on by the President's of the Auxiliary.  Also individual flowers to be placed on wreath by members of the Department who's relatives have passed on when their names are called by the Department M. C.)

6) 3 Taps on bell or 3 Blast on fire whistle.

7) Taps

8) Benediction to be given by the Reverend_____

9) Dismissal of the members by Chief_____

V. PARADES

A) It shall be the duty of the Department Property Clerk to insure that the banner, flags, and Department suitcase be ready and available for all parades.

B) The order of line up if not specified in the rules of the parade shall be:

1) Color Guard
2) Ladies Auxiliary
3) Department Banner
4) Chief's of the Department
5) Ex-Chief's and Honorary Chief's
6) Warden's
7) Captains
8) Lieutenants
9) Ex-Captains
10) Remainder of the Department
11) Apparatus

C) Apparatus order shall be:

1) Chief's car
2) Columbian Fire Engine Co. #1 apparatus
3) Spring Valley Hook and Ladder Co. #1 apparatus
4) Rockland Hook and Ladder Co. apparatus

D) Trophy

1) If a trophy is won at a Department parade, be it for marching or apparatus it shall go to Department Headquarters.

E) Uniform

1) The uniform shall consist of the following which has been supplied by the Department: Hat, double breasted coat, pants, black webbed belt, Department issued shirt, and only badges issued or recognized by the Department.  The member shall supply black tie, black socks, white gloves, and plain toed black tied shoes.

2) If the Department is in a 30 day mourning period for a departed member, we shall also observe this mourning period when marching by covering our badges.

3)  If a Department member attends a parade and their uniform is not clean and pressed and they do not have the proper parts as previously mentioned, the following disciplinary action shall take place:

A)  First offence, member is asked to leave the line of march.

B)  Second offence, member is asked to leave the line of march, and is automatically suspended from the Department for 30 days.

C)  Third offence, member is asked to leave the line of march, and is automatically suspended from the Department for 30 days, and their uniform is taken away for no less than one (1) year.

F) Intoxicated Members

1) Any member found to be intoxicated prior to the start of the parade will be asked to leave the line of march by the Officer in Charge.

G)  Bands for Parades

1)  The Chief of the Department shall appoint a committee every year which shall procure bands to play for all parades attended by this Department.  This committee shall insure that there is a signed contract with all parties concerned.

2)  The Department shall hire all bands and will be responsible to pay the full price for two (2) parade which shall be the Rockland County Volunteer Fireman's Parade and the 4th of July Parade held in Suffern, New York.  Each Company shall have a choice of one (1) parade each in which the entire Department will participate.  Also, the Company that picks said parade shall be responsible to pay for 50% of said contract cost of the band.

3)  The Company that picks a parade as there Department pick shall have at least six (6) members in the line of march, or  they shall be responsible to pay the entire cost of the band contracted.  Note:  This Section 3) shall not take effect until 1/1/96.

VI. SIGNAL 13

The following is the procedure for fires, drills and Department meetings.

A) It is up to the Chief of the Department if there shall be a Signal 13 for any drill.

B) If an outside Department is called to stand-by for a drill or to the scene there shall be a Signal 13.

C) All general Department meetings there shall be a Signal 13.

D) Stand-by by a Company or Department when our Department is at a parade, as long as that Company or Department stands-by in our quarters there shall be a Signal 13.

E) Notification of a drill or Department meeting, or any other planned function in which a Signal 13 is needed one week notice shall be given to the Chairman of the Signal 13 committee.

F) The Department will supplement a Company when they host any of the following association meetings as long as the Company makes the request in advance of said meeting.  The Department will pay the following amounts:

1) Rockland County Volunteer Fireman's Assoc.  $300.00
2) Rockland County Chief's Assoc                $300.00
3) Rockland County Fire Police Assoc            $200.00
4) Rockland County Fire Safety Officers Assn.   $200.00

VII. UNIFORMS

A) REGULATION UNIFORM

1) Consist of Department issued hat, double breasted jacket, pants, shirt and belt.  The following is supplied by the member and shall include; black socks, black tie, and black tie round toed shoes, and white gloves.

B) DRESS UNIFORM

1) Consist of Department issued hat, pants, shirt, and belt.  The following is supplied by the member and shall include; black socks, and black tie round toed shoes.

C) UNIFORM FOR PARADES

1) The Department shall always march in Regulation Uniform when trophy's are being awarded.  If no trophy's are awarded the Department may march in the approved Dress Uniform.

D) UNIFORM USE

1) The uniform shall be worn at the following functions: Department Parades, Memorial Services, Funerals, and Department Dinners.  The uniform may also be worn when receiving a firematic award or if the member is representing the Department.  Any Company or member who wishes to use the uniform any other function than the above must get approval of the Fire Council or Chief of the Department.

2) All Company non-life members who have a Department issued uniform must attend 3 (three) uniform functions during the year (year runs from April 1 to March 31).  If said member does not abide by the above section it shall be pulled and returned to the Department locker.

E) BADGES AND AWARDS ON UNIFORM

1) Only Department issued badges or awards or badges or awards recognized by the Spring Valley Fire Department shall be worn on the uniform.  Any other awards or badges must be approved by the Fire Council.

F) CLEANING AND ALTERATIONS

1) Members are responsible for cleaning and up keep of the uniform.

2) If alterations is over $35.00 the member must get permission from the Fire Council for alteration, this shall apply to original alteration only.

3) If a member cannot be fitted with a uniform from the supply on hand, a new uniform shall be ordered.  However if there is a uniform on hand that fits and the members will not accept it, they shall wait 18 months before they will be purchased a new uniform.

4) If the Department was at an approved function and inclement weather takes place, the officer in charge feels that the uniform should be cleaned, the Department shall pay for the cleaning at the approved Department cleaners.

G)  UNIFORM CLEANLINESS

Department members who attend a uniform function and there uniform is not clean and pressed and they do not have the proper parts as previously mentioned, the following disciplinary action shall take place:

A)  First offence, member is asked to leave said function.

B)  Second offence, member is asked to leave said function, and is automatically suspended from the Department for 30 days.

C)  Third offence, member is asked to leave said function, and is automatically    suspended from the Department for 30 days, and there uniform is taken away for    no less than one (1) year.

VIII. DEPARTMENT DINNER (OFF YEAR)

A) If the Fire Council feels that there is sufficient funds available there shall be no charge.

B) Date of Dinner whenever possible shall be the third Saturday in April barring any religious holidays or conflicts.

C) Department Guest list shall include:

1) 19-1, 20-1, 7-1, 7-2, 8-1, 25-1, 25-2, 9-1 6-1, 6-2, 6-3.
2) Department Chaplains
3) 44-1
4) Presidents of the Ladies Auxiliary
5) Village Fire Inspector

D) There shall be no head table.

E) The following shall be made available; microphone, American Flag, and Department Banner.

F) Regulation Uniform shall be worn.

G) Master of Ceremony optional.

H) Program to follow on file in Department Files under Dinner Programs.

IX. DEPARTMENT DINNERS (OUTGOING CHIEF)

A) If the Fire Council feels that there is sufficient funds available there shall be no charge.

B) The dinner shall be held on the third Saturday in April barring any religious holidays or conflicts.

C) Outgoing Chief can designate where dinner is to be held.

D) Chairman of the dinner committee shall be the present Deputy Chief and the remaining voting members of the Fire Council and or other members appointed by the Chief of the Department.

E) Department Guest List:

1) 19-1, 20-1, 7-1, 7-2, 25-1, 9-1, 8-1 6-1, 6-2, 6-3, 44-1
2) Chiefs of Police of; Village of Spring Valley, and Ramapo.
3) Mayor and Village Board of the Village of Spring Valley.
4) Village Treasurer.
5) Village Attorney.
6) Village Clerk.
7) Village DPW Superintendent.
8) Director of Community Development Village of Spring Valley.
9) Village Chief Building Inspector.
10) Village Fire Inspector.
11) Captain of Spring Hill Ambulance Corps.
12) State Senator of our district.
13) State Assemblyman of our district.
14) Department Chaplains.
15) Director of Paramedic services Town of Ramapo.

NOTE: All the above to be sent a formal invitation.

The Chief of the Department may invite additional guest with the approval of the Fire Council.

The Council may add or delete any of the above Department guest at any regular council meeting or Department meeting.

F) Members of the Ladies Auxiliary who do not have husbands in the Spring Valley Fire Department shall receive an invitation.

G) The outgoing Chief may invite 20 personnel guest. He shall submit their names and addresses to the Chairman of the dinner three months prior to the dinner. If immediate family exceeds 20 guest, exceptions can be made by approval of the Fire Council.

H) Menu shall be picked by the Committee.

I) Gift to be given to members attending dinner and guest. Gifts shall be determined by the Committee if funds are available.

J) The Committee shall supply the Department Banner, American Flag, guest book, and programs.

K) Their shall be a head table and floral center pieces shall be ordered.

L) GIFTS FOR OUTGOING CHIEF (FIRST TERM)

1) Ex-Chief's ring or fire radio receiver for his car.
2) White leather helmet with gold leaf face shield with name, dates served and number of calls.
3) Ex-Chief plaque for car.
4) Ex-Chief's hat, coat and lapel pins.  Coat badge to be gold filled and have name and dates of service engraved.

M) GIFTS FOR SPOUSE OR GIRLFRIEND

1) One dozen long stem roses.
2) One piece of jewelry (limit $250.00)

O) ORDERING OF GIFTS TIME TABLE

1) Ex-Chief's ring - one year
2) Helmet and face shield - 8 months
3) Car plaque - 6 months
4) Ex-Chief's coat, hat and lapel pins - 6 months
5) Jewelry for spouse or girlfriend - 6 months

P) There shall be a Master of Ceremony to be appointed by the Outgoing Chief.

Q) After the dinner the Company who's Chief is outgoing may open their firehouse to all Department members and guest.  If so, the Department will supplement the cost in the amount of $250.00

R) Program to follow on file in the Department File under Dinner Programs.

X. MEDICAL

A)  FIREGROUND INJURIES

1) If a members is injured at a fire or drill, the attending E.M.T. shall decide if that member should go to a hospital. Their authority in such a decision is absolute and his authorization is from the Chief of the Department with approval of the Fire Council.

2) For a member to return to active duty after a injury, either it be firematic or otherwise, he must obtain a signed doctors note stating that they are fit for normal service.

3) When a member is transported to a hospital, a form will be supplied so the doctor may fill out as to the condition of the member

B)  EYEGLASS REPLACEMENT

1) Workman's Compensation shall reimburse members who breaks or lose their eyeglasses at a fire scene.  Members are therefore required to notify the Officer in Charge of said breakage or loss and as soon as possible and complete a VF Workman's Compensation form with the Chief of their Company as soon as possible and submit same to the Village Insurance Administrator.

C)  COMPENSATION

1) Any member who is injured at a drill, fire, or any other activity covered by Workman's Compensation, must fill out a VF Workman's Compensation form with the Chief of his Company as soon as possible after the injury.

2) Any member who is on Workman's Compensation either it be from firematic or any other injury, shall not perform any active firematic duties until said member is no longer receiving said Compensation.

D)  PREGNANCY MEMORANDUM

1) Any female firefighter who becomes pregnant must immediately notify the Fire Council and shall be granted a leave of absence and shall only return to active duty upon receipt of a note from a doctor stating said firefighter is fit for normal active duty.

XI. FIRE DEPARTMENT AWARDS

A)  SPRING VALLEY FIREMAN OF THE YEAR

1) Spring Valley Fireman of the Year is awarded yearly, at the Annual Dinner for an outstanding heroic act.

2) In the event that no heroic act has been performed during the year, the Companies may submit a name for Fireman of the Year who has done outstanding service to the Company or Department.

3) In the event the award is to be awarded via section 2, the order of Companies is as follows: Columbian Fire Engine Co. #1, Spring Valley Hook and Ladder Co. #1, and the Rockland Hook and Ladder Co.

B)  LOUIS FURMAN VALOR AWARD

1) The Louis Furman Valor Award is awarded to any member of the Department who performs an act of Valor in the line of duty.

C)  ROBERT PITT MEMORIAL AWARD

1) The Robert Pitt Memorial Award is awarded to a member of the Department who has sustained a serious injury in the line of duty and must be hospitalized overnight.

D)  EDWARD STYSLY MEMORIAL AWARD

1) The Edward Stysly Memorial Award is awarded to a member of the Department for outstanding medical emergency service.

E)  NEW YORK STATE SENATE OR ASSEMBLY AWARD

1) Is awarded to a member of the Department by the New York State Senate and or Assembly for outstanding service.

F)  B.P.O.E ELK'S CLUB AWARD

1) Is awarded to a member of the Department by the Elk's Club for outstanding service

G)  OTTO LINDERMANN MEMORIAL AWARD

1) The Otto Lindermann Memorial Award is awarded to a member of the Department who has received 60 college credits or completed 20 approved firefighting courses at the Rockland County Fire Training Center.

H)  GENERAL RULES

1) Awards to be given out at the Fire Council meeting, Department meeting, or Department Dinner only, no exceptions.

2) The Department Property Clerk is responsible for all citation bars.

3) Service bars are given out for each five years of service, up to 50 years of service upon receipt of previous service bar.

I)  SELECTION AND VOTING PROCESS

1) The Spring Valley Fireman of the Year, Louis Furman Valor, Robert Pitt  Memorial, and Edward Stysley Memorial Awards:  Letter to be submitted by any Chief or Captain to the Fire Council for consideration.

2) Elk's Club, and New York State Senate or Assembly Awards:  If a member is recognized by any of these groups, Citation Bar is to be awarded as mentioned previously.

3) Otto Lindermann Memorial Award:  Members must have verification and submit same to the Fire Council.

4) Selection and voting shall be done by the nine voting members of the Fire Council.

5) Service bars are the responsibility of the Department Property Clerks to insure that the members receive this service bar on their anniversary.

J)  HOW TO DISPLAY ON UNIFORM

1) Citation bars shall be displayed as follows:

1.  SPRING VALLEY FIREMAN OF THE YEAR
2.  LOUIS FURMAN VALOR AWARD
3.  ROBERT PITT MEMORIAL AWARD
4.  EDWARD STYSLY MEMORIAL AWARD
5.  NEW YORK STATE SENATE OR ASSEMBLY AWARD
6.  B.O.P.ELK'S CLUB AWARD
7  OTTO LINDERMAN MEMORIAL AWARD
8.  SERVICE BAR

XII  FUND DRIVES

A) The Spring Valley Fire Department mailing is the exclusive mailing of the Department and by a vote of the Companies comprising the Spring Valley Fire Department, no Company shall solicit funds by mail.

XIII DEPARTMENT EQUIPMENT

A) All property owned by the Department is to be used solely for the Department use.  Any other use must be voted on by the Fire Council.

XIV  FINANCIAL

A) Check signing shall be 6 (six) signatures; Chief of the Department, Deputy Chief, Battalion Chief, Treasurer, Assistant Treasurer, or Secretary.

B) Two percent:  When the two percent check is received, the total shall be divided in half with one half going to the Department and the other half being divided equally among the three Companies.  Upon receiving the two percent check the Treasurer must submit checks to the Companies no later than 30 days.

C) No funds shall be transferred without Fire Council approval.

D) If the Treasurer is unavailable for more than one week, he shall insure that the Assistant Treasurer, Chief of the Department, Deputy Chief, Battalion Chief, or Secretary has sufficient checks to cover any emergencies.

XV STANDARD OF CONDUCT

A) PURPOSE

1) To establish a standard of conduct for members of the Spring Valley Fire Department to insure and maintain a high moral and safe, harmonious, efficient operation of the Spring Valley Fire Department.

B) SCOPE

1) This policy applies to all Spring Valley Fire Department members and Officers.

C) POLICY

1) It is the Policy of the Spring Valley Fire Department to prohibit any conduct or behavior which interferes with the efficient operation of the Spring Valley Fire Department, discredits the Spring Valley Fire Department, is offensive to the public and all the customers that we serve, or endangers the safety of any individuals, or bring discredit to the volunteer fire service.  The Fire Chief and Fire Council has the ultimate responsibility for determining inappropriate conduct and/or behavior as identified in this policy.
2) The highest standard of ethics and moral conduct are essential to maintain public trust which is extremely vital to the modern fire service.  All members are expected to operate in a highly self disciplined manner and are responsible for regulating their own conduct in a positive and mature way. Failure to do so will result in disciplinary action ranging from counseling to dismissal.

D) GUIDELINES

ALL MEMBERS SHALL:
1) Follow all SVFD policies, procedures and written directives.
2) Use their training and capabilities to protect themselves and the public at all times.
3) Always conduct themselves to reflect credit on the Department and the Fire Service.
4) Manage in an effective, considerate manner as supervisors subordinates will follow instruction in a positive, cooperative manner.
5) Obey the law.  Personnel who receive citations, particularly related to driving, or are arrested for any cause are to report the incident to the Chief of the Department and or the Fire Council at the earliest time.

The following conduct or behavior is prohibited and may subject the individual or individuals involved to disciplinary action up to and including termination.  Individual(s) suspected of any unlawful acts may be prosecuted to the fullest extent of the law.

ALL MEMBERS SHALL NOT:
1) Engage in any activity that is detrimental to the Fire Department or the uniform fire service.
2) Fight
3) Steal
4) Possess explosive devices of any kind on fire or emergency scene or Fire Department activity, such as, firearms, ammunition, etc.
5) Engage in terrorist activity.
6) No firefighter shall use any controlled drug, unless it is prescribed by a license physician.
7) Firefighters shall not use their official position, badge or credentials for personal advantage or to avoid the consequences of an illegal act.
8) Disobey any order or command of a superior officer, or change any order or direction without proper authorization and cause.
9) Give expression to indecent, profane, uncivil or boisterous language or acts at emergency scenes or at a training site or non firematic activities as the Fire Department may participate in while in uniform or representing the Fire Department.
10) Alcoholic beverages shall not be consumed by firefighters at any fire, emergency scenes or training activities.

F) COMPUTER USE:

1) Only Department members are allowed to use the Department or company's computer for fire department use only.
2) Members may not engage in any traffic that is unethical in nature, distribution of unsolicited advertising, distribution of chain letters, propagation of computer worms or viruses, or attempt to make unauthorized entry to another network node, and sexually offensive material.
3) Members may not send any mail or post messages on a computer bulletin board that is unethical , harassing and/or sexually or culturally offensive.
4) Downloading, the display, or transmission of sexually explicit images, messages and cartoons are not allowed.  Other such misuse includes, but is not limited to ethnic slurs, racial comments, off color jokes or anything that may be construed as harassment or disrespect for others.

G) CONDUCT UNBECOMING OF A FIRFIGHTER

MAY INCLUDE ANY OF THE ABOVE ACTION ALONG WITH:

1) Any behavior that is immoral, rude, indecent, illegal, lewd, discourteous, or in any way inappropriately disrupts the functioning of the Spring Valley Department.
2) Any behavior that brings the Department into disrepute degrades the community image of the Department or impedes the ability of any firefighter to perform his or her duties as a firefighter.

H) DISCIPLINE

Discipline for the above actions shall include but not be limited to:

1) Counseling session with a Company or Department Officer.
2) Written reprimand.
3) Suspension of duty.
4) Discharge.

All discipline will be set by the Chief of the Department or the IOC for minor infractions and a hearing officer along with the Fire Council for more sever infractions.

XVI REVISIONS TO THE ADMISISTRATIVE RULES AND REGULATION

A) These Rules and Regulations may not be suspended at any time.

B) These Rules and Regulations may be rescinded or amended or new rules or regulations added thereto at any meeting of the Fire Council as long as the rescinded, amended, or new or regulations be presented in writing at the last preceding meeting of the Fire Council.

C) A 2/3 vote of the voting members present at the Fire Council meeting is necessary to rescind, amend, or add new rules or regulations to the Administrative Rules and Regulations.

THE PRECEDING CONSTITUTION, BY-LAWS, AND RULES AND REGULATIONS, BEING APPROVED BY THE BOARD OF VILLAGE TRUSTEES OF THE VILLAGE OF SPRING VALLEY NEW YORK AT A REGULAR BOARD MEETING, AND THE FIRE COUNCIL, HEREBY BECOME EFFECTIVE ON FEBRUARY 9, 1989.

COMMITTEE,
R.A. CAPELLO, CHAIRMAN
D. CANGELOSI
J.P. KAPRAL
J. MILES
S. BOLSON

REVISIONS

| 2/91 | By-Laws Article X added Section 3 | Pg 20 |
|---|---|---|
| | Administrative Rules and Regulations | |
| | I Meetings - Officers meetings | Pg 24 |
| | II Department Officers - B Numbering System | Pg 25 |
| | III Funerals - Procedures E | Pg 26 |
| | IV Memorial Day Service D #3 and #8 and E | Pg 28 |
| | IV Memorial Day Service G #6 | Pg 29 |
| | V Parades - E Uniforms #2 | Pg 30 |
| | VI Signal 13 - F #2 | Pg 32 |
| | VII Uniforms D Uniform use #1 added #2 | Pg 33 |
| | VIII Department Dinner (off year) B C #1 | Pg 35 |
| | IX Department Dinner (outgoing Chief B E | Pg 36 |
| | IX Department Dinner (outgoing Chief) I M #2 | Pg 37 |
| | XI Fire Department Awards - H General Rules #3 | Pg 40 |
| | XI Fire Department Awards - I Selection Voting #5 | Pg 40 |
| | XIV Financial - A and D | Pg 41 |

| 11/13/92 | Administrative Rule and Regulations | |
|---|---|---|
| | IX Department Dinners (outgoing Chief) | Pg 36 |

| 06/10/93 | Constitution | |
|---|---|---|
| | Fire Safety Officer added | Pg 12 |
| | Infection Control Officer added | Pg 12 |
| | By-Laws | |
| | Article XI added Occupational Safety & Health Committee | Pg 21 |

| 02/10/94 | Treasurer | Pg. 8 |
|---|---|---|

| 01/24/95 | Assistant Treasurer | Pg. 8 |
|---|---|---|
| | Financial Advisor added | Pg. 8 |

| 10/12/95 | Parade Uniforms added section E 3 | Pg. 31 |
|---|---|---|
| | Bands for Parades added section G 1, 2, 3. | Pg. 31 |
| | Uniform Cleanliness added section G | Pg. 34 |

| 7/11/96 | Council Section: 2 revised for Secretary / Asst. Secretary | Pg 3 |
|---|---|---|
| | Secretary Section: 1 revised pay | Pg 7 |
| | Assistant Secretary Section: 1 revised pay | Pg 7 |

| 1/9/97 | Department Chief Officers (residency requirements) | Pg 2 |
|---|---|---|

| 2/13/97 | Council added Section 2A | Pg 3 |
|---|---|---|
| | Meetings of Department (revised section) | Pg 4 |
| 3/13/97 | Fire Safety Officers (revised section 2 A on qualifications) | Pg 12 |
| | Infection Control Officer (revised section 2 A on qualifications) | Pg 12 |

| 9/28/98 | Council Section 2 (changed date of re-organization Meeting) | Pg 3 |
|---|---|---|

|  | By-Laws Article I Council Section 2 (changed date of re-organization Meeting) | Pg 15 |
|---|---|---|
| 2/11/99 | Duties of the Chief of the Department Section: 8 (date requisitions are due to Village) | Pg. 6 |
|  | Captain Section:3 (changed date Captains submit budget) | Pg. 11 |
| 4/8/99 | Manner of Nomination Section 3 (Chief's to assume duties on third Tuesday in April) | Pg. 2 |
| 10/12/00 | Organization of Companies (changed age to join to 16 and changed to allow legal resident alien to join) | Pg. 1 |
|  | Article XI Occupational Safety and Health Committee Section 2 (removed EMS Lt.) | Pg. 21 |
|  | Added Article XII Active Personnel Under the Age of 18 | Pg. 22 |
| 8/8/02 | Added Section 4A to Article XII Active Personnel Under the Age of 18.  (summer vacation provision) | Pg. 22 |
|  | Revised Article XII Active Personnel Under the Age of 18 Section 5  (summer vacation provision) | Pg 22 |
| 8/18/03 | Revised Article XII Active Personnel Under the Age of 18 Section 7. | Pg 22 |
| 11/9/06 | Revised Administrative Rules and Regulations VI Signal 13 Section F | Pg 33 |
| 3/8/07 | Revised Administrative Rules and Regulations IX Department Dinner (out going Chief) Section A. | Pg 38 |
| 7/9/09 | Added to Administrative Rules and Regulations XV Standard of Conduct. | Pg. 43 |
| 8/13/09 | Revised Administrative Rules and Regulation II Department Officers Section B Numbering Systems for Officers. | Pg. 26 |
| 9/10/09 | Revised Article X of By-Laws on Immediate Relief Fund. | Pg. 20 |

10/11/12     Revised Meetings of the Department Section 1                          Pg. 5
             Revised Duties of the Chief of the Department Section 6              Pg. 6
             Revised Secretary Section 1 (Annual Sum)                            Pg. 7
             Revised Assistant Secretary Section 1 (Annual Sum)                  Pg. 7
             Revised Treasurer Section 1 (Annual Sum)                            Pg. 8
             Revised Assistant Treasurer Section 1 (Annual Sum)                  Pg. 8
             Financial Advisor REMOVED                                           Pg. 8
             Revised By-Law Article VIII General Rules Section 6 removed
   Department Surgeon Section 7 removed belt                                     Pg. 18
             Revised By-Law Article XII Active Personnel Under the Age of 18
             Section 2 training requirements                                     Pg. 22