**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANDREW LERER a/k/a AARON LERER

                    Plaintiff,

    -against-                              19 **CIVIL** 4568 (VB)

                                            **JUDGMENT**

RAYMOND CANARIO and THE
INCORPORATED VILLAGE OF SPRING
VALLEY i/s/h/a SPRING VALLEY FIRE
DEPARTMENT, INC.,

                    Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 23, 2020, the motion to dismiss is granted; the Court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis is denied for the purpose of an appeal; accordingly, this case is closed.

**Dated:**  New York, New York

       April 27, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                    **Clerk of Court**
                              **BY:**
                                                 _____
                                                    **Deputy Clerk**