

**GOLDBERG SEGALLA**<sup>LLP</sup>

Christopher F. Lyon | Associate
Direct 646.292.8791 | Clyon@goldbergsegalla.com

> APPLICATION GRANTED.
>
> The Clerk is instructed to strike from the ECF docket the erroneous filing. (Doc. #35).
>
> The Clerk is further instructed to terminate the letter-motion. (Doc. #36).
>
> Chambers will mail a copy of this Order to plaintiff at the address on the docket.
>
> SO ORDERED:
>
> /s/ Vincent L. Briccetti
>
> Vincent L. Briccetti, U.S.D.J.
> May 28, 2020

VIA [ECF]
Judge [Vincent L. Briccetti]
U.S. [District Court]
Sou[thern District of New York]
Cha[rles L. Brieant Federal]
Buil[ding and Courthouse]
300 [Quarropas Street]
Whi[te Plains, NY 10601]

Re:   Case Name:   Lerer v. Canario, et al.
      Case Number: 19-cv-04568-VB

Dear Judge Briccetti:

Our office represents defendants Mr. Canario and The Incorporated Village of Spring Valley, i/s/h/a Spring Valley Fire Department, Inc. ("Defendants") in the above-referenced matter.

On May 27, 2020, our office made an erroneous filing on the above docket. The parties are involved in another action pending before Judge Cathy Seibel. Due to a clerical error, we filed the motion to dismiss that action on your docket. As you are likely well aware, this matter has already been dismissed and closed.

We apologize for the error and request that the filing be stricken from the docket.

Respectfully submitted,

GOLDBERG SEGALLA LLP

Christopher F. Lyon

CFL:sd

cc:   Mr. Andrew Lerer (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/20

♻ We've gone paperless
Please send mail to our scanning center at: PO Box 880, Buffalo, NY 14201

Office Location: 711 3rd Avenue, Suite 1900, New York, NY 10017
646.292.8700 | Fax: 646.292.8701 | www.GoldbergSegalla.com
NEW YORK | ILLINOIS | FLORIDA | CALIFORNIA | MARYLAND | MISSOURI | NORTH CAROLINA | PENNSYLVANIA | NEW JERSEY | CONNECTICUT | UNITED KINGDOM
26510615.v1